IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICOLAAS BREKELMANS AND GAIL GREGORY BREKELMANS, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF NINA BREKELMANS, <br><br>and<br><br>MICHAEL MCLOUGHLIN AND MARTHA JOHNSON, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF MICHAEL PATRICK MCLOUGHLIN,<br><br>   Plaintiffs/Appellants/Cross-Appellees,<br><br>v.<br><br>MAX SALAS,<br><br>   Defendant/Appellee/Cross-Appellant. | Case No. 3:23-cv-00987<br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiffs' appeal and the defendant's cross-appeal are **DENIED**. The Bankruptcy Court's May 24, 2023 Order denying the plaintiffs' Motion for Summary Judgment as to Counts I, II, and VI of the plaintiffs' Complaint and denying defendant Max Salas' Motion for Summary Judgment on Counts I, II, III, and VI but granting it as to Counts IV and V, and the Bankruptcy Court's August 16, 2023 Order Denying Plaintiffs' Motion to Alter or Amend Under Fed. R. Bankr. P. 9023 (AP Nos. 102, 109) are **AFFIRMED**.

This case is **REMANDED** back to the Bankruptcy Court for further proceedings.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge