IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICHOLAAS BREKELMANS AND GAIL BREKELMANS, Co-personal Representatives of the Estate Of Nina Brekelmans | : <br> : <br> : <br> : |
| and | : |
| MICHAEL McLOUGHLIN AND MARTHA JOHNSON, Co-personal Representatives of the Estate of Michael Patrick Mcloughlin | : <br> : <br> : |
| Appellants-Cross Appellees | : |
| v. | : Civil No. 3:23-cv-00987 <br> JUDGE ALETA A. TRAUGER |
| MAX SALAS | : |
| Appellee-Cross Appellant | : |

# NOTICE OF APPEAL

Appellants-Cross Appellees Nicholaas Brekelmans and Gail Brekelmans, co-personal representatives of the Estate of Nina Brekelmans, and Michael McLoughlin and Martha Johnson, co-personal representatives of the Estate of Michael Patrick McLoughlin, hereby give notice of their appeal of this Court's September 30, 2024 Order denying Plaintiffs' appeal of the Bankruptcy Court's May 24, 2023 Order denying Plaintiffs' Motion for Summary Judgment and of the Bankruptcy Court's August 16, 2023 Order Denying Plaintiffs' Motion to Alter or

Amend Under Fed. R. Bankr. P. 9023.

                Respectfully submitted,

                BURCH, PORTER & JOHNSON, PLLC

                By: /s/ Taylor A. Cates
                130 North Court Avenue
                Memphis, TN 38103
                901-524-5165
                901-524-5000 (fax)
                Tacates@bpjlaw.com

                LAW OFFICE OF PHILIP J. McNUTT, PLLC

                By:  /s/ Philip J. McNutt
                Admitted *pro hac vice*
                11921 Freedom Drive, Ste 588
                Reston, VA 20190
                703-904-4380
                202-379-9217 (fax)
                Pmcnutt@mcnuttlawllc.com

                Attorneys for the Plaintiffs-Appellants/
                Cross-Appellees

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was served through the Court's CM/ECF filing system to Phillip G. Young, Jr., attorney for the Appellees and Cross-Appellants, and all parties requesting notice, on this 29th day of October, 2024.

                                         /s/ Taylor A. Cates
                                         Taylor A. Cates